IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01536-EWN-OES

CHARLEEN ADAQMS, individually and as parent and next friend of H.A., a minor child,

Plaintiff(s),

v.

WARREN ANALYTICAL LABORATORIES, INC.,

Defendant(s).

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 9, 2005

On oral motion of counsel, the scheduling conference of November 15, 2005, is VACATED and RESET to **November 29, 2005**, at the hour of 9:00 a.m. in Courtroom A-601 of the U.S. Courthouse located at 901 19th Street, Denver, Colorado.