IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01536-EWN-MEH

CHARLEEN ADAMS, individually and as parent and next friend of
H.A., a minor child,

      Plaintiffs,

v.

WARREN ANALYTICAL LABORATORIES, INC.,

      Defendant.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is the Motion to Withdraw Counsel, seeking the withdrawal of John E. Scipione as counsel for the Plaintiffs (Docket #45). Other counsel appear of record on behalf of the Plaintiffs, and therefore, the Plaintiffs will not be unrepresented upon the withdrawal of Mr. Scipione.

Accordingly, while the motion is not in technical compliance with D.C.COLO.LCivR 83.3(D), since it contains no warning to the Plaintiffs concerning responsibility for complying with all court orders and time limitations established by any applicable rules, based upon entry of appearance of other counsel for the Plaintiffs, such a warning is not necessary. Further, the motion does not indicate that counsel for the Defendant has been contacted, but there appears no prejudice to the Defendant in this regard.

Accordingly, it is hereby ORDERED that the Motion to Withdraw Counsel [Filed December 7, 2006; Docket #45] is **granted**. John E. Scipione is hereby permitted to withdraw as attorney for

the Plaintiffs and shall have no further responsibility for representation of the Plaintiffs.

Dated at Denver, Colorado, this 7th day of December, 2006.

              BY THE COURT:

               s/ Michael E. Hegarty
              Michael E. Hegarty
              United States Magistrate Judge