IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01536-EWN-MEH

CHARLEEN ADAMS, individually and as parent and next friend of
H.A., a minor child,

    Plaintiffs,

v.

WARREN ANALYTICAL LABORATORIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2007.**

    For good cause shown, the Defendant Warren Analytical Laboratories, Inc.'s Unopposed Motion to Amend Final Pretrial Order and Unopposed Motion to Re-Open Discovery on a Limited Basis [Filed April 5, 2007; Docket #56] is **granted.**

    The Amended Final Pretrial Order shall enter separately. Additionally, the parties are allowed up to and including June 20, 2007, to conduct discovery on a limited basis relative to Plaintiff H.A.'s first grade attendance, and recent medical and psychological treatment and condition of Plaintiff H.A.