IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01536–EWN–MEH

CHARLEEN ADAMS, individually and as
parent and next friend of H. A., a minor child,

      Plaintiff,

v.

WARREN ANALYTICAL LABORATORIES, INC.,

      Defendant.

---

## ORDER SETTING TRIAL PREPARATION CONFERENCE

---

      This matter having been set for trial commencing on October 29, 2007, it is now

      **ORDERED** as follows:

      1. The court will hold a trial preparation conference commencing at 10:30 o'clock a.m. on **October 19, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

      2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 10th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge