IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01536–EWN–MEH

CHARLEEN ADAMS, individually and as
parent and next friend of H. A., a minor child,

      Plaintiff,

v.

WARREN ANALYTICAL LABORATORIES, INC.,

      Defendant.

---

**ORDER SETTING TRIAL
ON TRAILING CALENDAR**

---

      Due to the circumstances of its criminal and civil caseload, and upon the finding that certain civil cases can be handled more promptly only if they are set on a civil trailing calendar, it is

      **ORDERED** as follows:

      1.    This case is hereby set for a four-day trial to jury, commencing at 9:00 o'clock a.m. on

**October 29, 2007.**

      2.    This is a trailing setting. Specifically, the case may trail behind any criminal trial which must be set over it in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161. It may

also trail behind other civil trials, based on the date of filing, priorities required by statute, and other considerations which have been brought to the attention of the court.

    3.    The parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this 10th day of September, 2007.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      Chief United States District Judge